Byron G. Martin, #8824
S. Spencer Brown, #13157
STRONG & HANNI
3 Triad Center, Suite 500
Salt Lake City, UT 84180
Tel:  (801) 532 -7080  Fax:  (801) 596-1508
bmartin@strongandhanni.com
sbrown@strongandhanni.com

*Attorneys for Coalition Title Agency*

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| BRANT T. BOYER,<br><br>   Plaintiff,<br>vs.<br><br>FRONTIER BANK, FSB, TUHAYE SALES AND MARKETING, L.L.C., TALISKER CLUB, L.L.C., TUHAYE FINANCE, LLC, COALITION TITLE AGENCY, TUHAYE HOME OWNERS ASSOCIATION,<br><br>   Defendants. | **STIPULATED MOTION TO DISMISS DEFENDANT COALITION TITLE AGENCY WITH PREJUDICE**<br><br>Civil No. 2:11-cv-00204-TS<br><br>Judge Ted Stewart |
| FRONTIER BANK, FSB,<br><br>   Counterclaimant,<br>vs.<br><br>BRANT T. BOYER,<br><br>   Counterclaim Defendant. | |
| FRONTIER BANK, FSB, | |

|                          |   |
|--------------------------|---|
| Cross-Claimant,          |   |
| vs.                      |   |
| TUHAYE FINANCE, L.L.C.   |   |
| Cross Defendant.         |   |

The undersigned parties, through counsel, represent that they have fully and finally settled and compromised this action and jointly move the Court to dismiss all claims of Plaintiff Brant T. Boyer against Defendant Coalition Title Agency with prejudice and on the merits, each party to bear their own costs and attorney's fees.

DATED this 26 day of June, 2012.

STRONG & HANNI

BYRON G. MARTIN
*Attorneys for Coalition Title Agency*

DATED this 22 day of June, 2012.

KUNKEL LAW OFFICE, P.C.

SCOTT S. KUNKEL
*Attorneys for Plaintiff Brant T. Boyer*

DATED this 22 day of June, 2012.

BLACK & ARGYLE, P.C.

DAVID O. BLACK
*Attorneys for Plaintiff Brant T. Boyer*

2

## CERTIFICATE OF SERVICE

I hereby certify that on this _26th_ day of _June_, 2012 a true and correct copy of

the foregoing **STIPULATED MOTION TO DISMISS DEFENDANT COALITION TITLE**

**AGENCY WITH PREJUDICE** was served by the method indicated below, to the following:

Scott S. Kunkel           (X)   CM/ECF electronic notification
**KUNKEL LAW OFFICES, P.C.**    ( )   U.S. Mail, Postage Prepaid
5806 South 900 East         ( )   Hand Delivered
Salt Lake City, UT  84121    ( )   Overnight Mail
*Attorney for Plaintiff Brant Boyer*

David O. Black            (X)   CM/ECF electronic notification
**BLACK & ARGYLE, P.C.**      ( )   U.S. Mail, Postage Prepaid
5806 South 900 East         ( )   Hand Delivered
Salt Lake City, Utah  84121   ( )   Overnight Mail
*Attorney for Plaintiff Brant Boyer*

Matthew B. Hutchinson     (X)   CM/ECF electronic notification
**HUTCHINSON LAW, P.C.**     ( )   U.S. Mail, Postage Prepaid
2700 Homestead Rd., Suite 1600   ( )   Hand Delivered
Park City, UT  84098        ( )   Overnight Mail
*Attorneys for Frontier Bank, FSB*   ( )   Facsimile

Kelley M. Marsden         (X)   CM/ECF electronic notification
Clark K Taylor            ( )   U.S. Mail, Postage Prepaid
**VAN COTT BAGLEY CORNWALL &**   ( )   Hand Delivered
**MCCARTHY**              ( )   Overnight Mail
36 South State, Suite 1900    ( )   Facsimile
Salt Lake City, UT  84111
*Attorneys for Tuhaye Sales and Marketing,*
*LLC, Talisker Club, LLC, Tuhaye Finance, LLC*
*and Tuhaye Home Owners Association*

5844.0009