Byron G. Martin, #8824
S. Spencer Brown, #13157
STRONG & HANNI
3 Triad Center, Suite 500
Salt Lake City, UT 84180
Tel:  (801) 532 -7080   Fax:  (801) 596-1508
bmartin@strongandhanni.com
sbrown@strongandhanni.com

*Attorneys for Coalition Title Agency*

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| BRANT T. BOYER,<br><br>   Plaintiff,<br>vs.<br><br>FRONTIER BANK, FSB, TUHAYE SALES AND MARKETING, L.L.C., TALISKER CLUB, L.L.C., TUHAYE FINANCE, LLC, COALITION TITLE AGENCY, TUHAYE HOME OWNERS ASSOCIATION,<br><br>   Defendants. | **ORDER OF DISMISSAL OF DEFENDANT COALITION TITLE AGENCY WITH PREJUDICE**<br><br>Civil No. 2:11-cv-00204-TS<br><br>Judge Ted Stewart |
| FRONTIER BANK, FSB,<br><br>   Counterclaimant,<br>vs.<br><br>BRANT T. BOYER,<br><br>   Counterclaim Defendant. | |
| FRONTIER BANK, FSB,<br><br>   Cross-Claimant, | |

| | |
|---|---|
| vs.<br><br>TUHAYE FINANCE, L.L.C.<br><br>        Cross Defendant. | |

Based on the Stipulated Motion to Dismiss Defendant Coalition Title Agency with Prejudice, and for good cause appearing, it is hereby ORDERED, ADJUDGED, and DECREED that:

    1.    Plaintiff Brant T. Boyer and Defendant Coalition Title Agency have fully and finally settled and compromised the above-captioned action;

    2.    All claims of Plaintiff Brant T. Boyer against Defendant Coalition Title Agency are dismissed with prejudice and on the merits;

    3.    The above-captioned action is hereby dismissed with prejudice and on the merits as to Coalition Title Agency only; and

    4.    Plaintiff Brant T. Boyer and Defendant Coalition Title Agency will bear their own costs and attorney's fees.

    DATED this 26th day of June, 2012.

                                         UNITED STATES DISTRICT COURT

                                         _____
                                         Ted Stewart, Honorable District Court Judge

## CERTIFICATE OF SERVICE

I hereby certify that on this _____ day of _____, 2012 a true and correct copy of the foregoing **ORDER OF DISMISSAL OF DEFENDANT COALITION TITLE AGENCY WITH PREJUDICE** was served by the method indicated below, to the following:

| | | |
|---|---|---|
| Scott S. Kunkel | (X) | CM/ECF electronic notification |
| **KUNKEL LAW OFFICES, P.C.** | ( ) | U.S. Mail, Postage Prepaid |
| 5806 South 900 East | ( ) | Hand Delivered |
| Salt Lake City, UT  84121 | ( ) | Overnight Mail |
| *Attorney for Plaintiff Brant Boyer* | | |
| | | |
| David O. Black | (X) | CM/ECF electronic notification |
| **BLACK & ARGYLE, P.C.** | ( ) | U.S. Mail, Postage Prepaid |
| 5806 South 900 East | ( ) | Hand Delivered |
| Salt Lake City, Utah  84121 | ( ) | Overnight Mail |
| *Attorney for Plaintiff Brant Boyer* | | |
| | | |
| Matthew B. Hutchinson | (X) | CM/ECF electronic notification |
| **HUTCHINSON LAW, P.C.** | ( ) | U.S. Mail, Postage Prepaid |
| 2700 Homestead Rd., Suite 1600 | ( ) | Hand Delivered |
| Park City, UT  84098 | ( ) | Overnight Mail |
| *Attorneys for Frontier Bank, FSB* | ( ) | Facsimile |
| | | |
| Kelley M. Marsden | (X) | CM/ECF electronic notification |
| Clark K Taylor | ( ) | U.S. Mail, Postage Prepaid |
| **VAN COTT BAGLEY CORNWALL &** | ( ) | Hand Delivered |
| **MCCARTHY** | ( ) | Overnight Mail |
| 36 South State, Suite 1900 | ( ) | Facsimile |
| Salt Lake City, UT  84111 | | |
| *Attorneys for Tuhaye Sales and Marketing, LLC, Talisker Club, LLC, Tuhaye Finance, LLC and Tuhaye Home Owners Association* | | |

_____

**5844.0009**