Matthew B. Hutchinson (10236)
**HUTCHINSON LAW, P.C.**
2700 Homestead Road, Suite 1600
Park City, Utah  84098
   Tel.: (435) 615-2264
   Fax: (435) 608-1697
   matt@hutchlawpc.com

*Attorney for Plaintiff Frontier Bank, FSB*

---

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| BRANT T. BOYER,<br><br>   Plaintiff,<br><br>vs.<br><br>FRONTIER BANK, FSB, TUHAYE SALES AND MARKETING, L.L.C., TALISKER CLUB, L.L.C., TUHAYE FINANCE, L.L.C., COALITION TITLE AGENCY, and TUHAYE HOME ONWERS ASSOCIATION, L.L.C,<br><br>   Defendants, | **STIPULATED MOTION TO DISMISS**<br><br>Case No. 2:11-CV-00204<br><br>Judge Ted Stewart |
| FRONTIER BANK, FSB,<br><br>   Counterclaimant,<br><br>vs.<br><br>BRANT T. BOYER,<br><br>   Counterclaim Defendant, | |

| | |
|---|---|
| FRONTIER BANK, FSB, <br><br> Cross-Claimant, <br><br> vs. <br><br> TUHAYE FINANCE, L.L.C., <br><br> Cross-Defendant. | |

Pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, Defendant and Counterclaimant, Frontier Bank, FSB ("Frontier"), on the one hand, and Plaintiff and Counterclaim Defendant Brant Boyer ("Boyer") on the other, by and through their respective attorneys of record herein, hereby mutually agree and stipulate to the dismissal with prejudice of all claims pending against one another in the above-captioned action. This Motion is not intended to affect any other claims Boyer has currently pending in this action.

Dated this 11th day of October, 2012.

HUTCHINSON LAW, P.C.

/s/ Matthew B. Hutchinson_____
Matthew Hutchinson
*Attorney for Frontier Bank, FSB*

Dated this 11th day of October, 2012.

BLACK & ARGYLE, P.C.

/s/ David O. Black _____
David O. Black
*Attorney for Brant Boyer*

**CERTIFICATE OF SERVICE**

I hereby certify that on this 11th day of October, 2012, a true and correct copy of the foregoing STIPULATED MOTION TO DISMISS was served to the following:

Scott S. Kunkel
David O. Black
5806 South 900 East
Salt Lake City, Utah 84121
(via CM/ECF electronic notification)

Kelly M. Marsden
Clark K. Taylor
VAN COTT BAGLEY CORNWALL & MCCARTHY
36 South State Street, Suite 1900
Salt Lake City Utah 84111
(via CM/ECF electronic notification)

Byron G. Martin
S. Spencer Brown
STRONG & HANNI
3 Triad Center, Suite 500
Salt Lake City UT 84180
(via CM/ECF electronic notification)

/s/ Matthew B. Hutchinson