Matthew B. Hutchinson (10236)
**HUTCHINSON LAW, P.C.**
2700 Homestead Road, Suite 1600
Park City, Utah  84098
    Tel.: (435) 615-2264
    Fax: (435) 608-1697
    matt@hutchlawpc.com

*Attorney for Plaintiff Frontier Bank, FSB*

---

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| BRANT T. BOYER,<br><br>    Plaintiff,<br><br>vs.<br><br>FRONTIER BANK, FSB, TUHAYE SALES AND MARKETING, L.L.C., TALISKER CLUB, L.L.C., TUHAYE FINANCE, L.L.C., COALITION TITLE AGENCY, and TUHAYE HOME ONWERS ASSOCIATION, L.L.C,<br><br>    Defendants, | **ORDER GRANTING STIPULATED MOTION TO DISMISS**<br><br>Case No. 2:11-CV-00204<br><br>Judge Ted Stewart |
| FRONTIER BANK, FSB,<br><br>    Counterclaimant,<br><br>vs.<br><br>BRANT T. BOYER,<br><br>    Counterclaim Defendant, | |

| | |
|---|---|
| FRONTIER BANK, FSB,<br><br>    Cross-Claimant,<br><br>vs.<br><br>TUHAYE FINANCE, L.L.C.,<br><br>    Cross-Defendant. | |

Pursuant to Rule 41(a) of the Federal Rules of Civil Procedure and the Stipulated Motion to Dismiss filed by Defendant and Counterclaimant, Frontier Bank, FSB ("Frontier"), on the one hand, and Plaintiff and Counterclaim Defendant Brant Boyer ("Boyer") on the other,

IT IS HEREBY DECLARED, ORDERED, ADJUDGED AND DECREED that:

1. All of Boyer's claims against Frontier are hereby dismissed with prejudice; and

2. All of Frontier's claims against Boyer are hereby dismissed with prejudice.

Dated this 15th day of October, 2012.

U.S. DISTRICT COURT

_____
Honorable Ted Stewart
U.S. District Court Judge

Approved as to form:

HUTCHINSON LAW, P.C.                    BLACK & ARGYLE, P.C.


/s/ Matthew B. Hutchinson_____         /s/ David O. Black_____
Matthew Hutchinson                      David O. Black
*Attorney for Frontier Bank, FSB*       *Attorney for Brant Boyer*

2

**CERTIFICATE OF SERVICE**

I hereby certify that on this 12th day of October, 2012, a true and correct copy of the foregoing ORDER GRANTING STIPULATED MOTION TO DISMISS was served to the following:

Scott S. Kunkel
David O. Black
5806 South 900 East
Salt Lake City, Utah 84121
(via CM/ECF electronic notification)

Kelly M. Marsden
Clark K. Taylor
VAN COTT BAGLEY CORNWALL & MCCARTHY
36 South State Street, Suite 1900
Salt Lake City Utah 84111
(via CM/ECF electronic notification)

Byron G. Martin
S. Spencer Brown
STRONG & HANNI
3 Triad Center, Suite 500
Salt Lake City UT 84180
(via CM/ECF electronic notification)

/s/ Matthew B. Hutchinson