Clark K. Taylor (#5454) ctaylor@vancott.com
Stephen K. Christiansen (#6512) schristiansen@vancott.com
Kelley M. Marsden (#13076) kmarsden@vancott.com
**VAN COTT, BAGLEY, CORNWALL & McCARTHY**
36 South State Street, Suite 1900
Post Office Box 45340
Salt Lake City, Utah  84111
Telephone: (801) 532-3333
Facsimile: (801) 534-0058

*Attorneys for Defendants Tuhaye Sales and Marketing,
LLC, Talisker Club LLC, Tuhaye Finance, LLC, and
Tuhaye Home Owners Association*

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF UTAH, CENTRAL DIVISION**

| | |
|---|---|
| BRANT T. BOYER,<br><br>Plaintiff,<br><br>vs.<br><br>FRONTIER BANK FSB, TUHAYE SALES AND MARKETING, LLC, TALISKER CLUB LLC, TUHAYE FINANCE, LLC, COALITION TITLE AGENCY, and TUHAYE HOME OWNERS ASSOCIATION,<br><br>Defendants. | **STIPULATED MOTION TO DISMISS WITH PREJUDICE**<br><br>Case No. 2:11-cv-204-TS<br><br>Judge Ted Stewart |

Plaintiff Brant T. Boyer ("Boyer") and Defendants Tuhaye Sales and Marketing, LLC ("Tuhaye Sales"), Talisker Club LLC ("Talisker Club"), Tuhaye Finance, LLC ("Tuhaye Finance"), and Tuhaye Home Owners Association ("Tuhaye HOA") (collectively, "Tuhaye Defendants"), by and through counsel and pursuant to Federal Rule of Civil Procedure 41(a)(1)(A), hereby stipulate and jointly move the Court to dismiss with prejudice Boyer's

claims against the Tuhaye Defendants as set forth in the First Amended Complaint, and with each party to bear its own costs, expenses, and attorneys' fees.

A proposed order is submitted herewith.

DATED this 30th day of October, 2012.

                BLACK & ARGYLE, P.C.

                /s/ David O. Black *_____
                David O. Black
                *Electronic signature used with permission*

                KUNKEL LAW OFFICE, P.C.

                /s/ Scott S. Kunkel *_____
                Scott S. Kunkel
                *Electronic signature used with permission*

                *Attorneys for Plaintiff Brant T. Boyer*

                VAN COTT, BAGLEY, CORNWALL & MCCARTHY

                /s/ Kelley M. Marsden_____
                Clark K. Taylor
                Stephen K. Christiansen
                Kelley M. Marsden

                *Attorneys for Defendants Tuhaye Sales and Marketing, LLC, Talisker Club LLC, Tuhaye Finance, LLC, and Tuhaye Home Owners Association*

4819-2937-3457, v. 1