Clark K. Taylor (#5454) ctaylor@vancott.com
Stephen K. Christiansen (#6512) schristiansen@vancott.com
Kelley M. Marsden (#13076) kmarsden@vancott.com
**VAN COTT, BAGLEY, CORNWALL & McCARTHY**
36 South State Street, Suite 1900
Post Office Box 45340
Salt Lake City, Utah  84111
Telephone: (801) 532-3333
Facsimile: (801) 534-0058

*Attorneys for Defendants Tuhaye Sales and Marketing,*
*LLC, Talisker Club LLC, Tuhaye Finance, LLC, and*
*Tuhaye Home Owners Association*

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF UTAH, CENTRAL DIVISION**

| | |
|---|---|
| BRANT T. BOYER,<br><br>          Plaintiff,<br><br>vs.<br><br>FRONTIER BANK FSB, TUHAYE SALES AND MARKETING, LLC, TALISKER CLUB LLC, TUHAYE FINANCE, LLC, COALITION TITLE AGENCY, and TUHAYE HOME OWNERS ASSOCIATION,<br><br>          Defendants. | **ORDER GRANTING STIPULATED MOTION TO DISMISS WITH PREJUDICE**<br><br>Case No. 2:11-cv-204-TS<br><br>Judge Ted Stewart |

This matter having come before the Court upon the Stipulated Motion to Dismiss with Prejudice filed by Plaintiff Brant T. Boyer ("Boyer") and Defendants Tuhaye Sales and Marketing, LLC ("Tuhaye Sales"), Talisker Club LLC ("Talisker Club"), Tuhaye Finance, LLC ("Tuhaye Finance"), and Tuhaye Home Owners Association ("Tuhaye HOA") (collectively, "Tuhaye Defendants"), the Court finds that the Stipulated Motion is well-taken and should be GRANTED.

2

It is hereby ORDERED that all claims by Boyer against the Tuhaye Defendants as set forth in the First Amended Complaint are hereby DISMISSED WITH PREJUDICE. Each party will bear and be responsible for the payment of its own costs, expenses, and attorneys' fees incurred in connection with this action

DATED this 31 day of October, 2012.

BY THE COURT:

_____
Honorable Ted Stewart
District Court Judge

**APPROVED AS TO FORM:**

BLACK & ARGYLE, P.C.

/s/ David O. Black *_____
David O. Black
* *Electronic signature used with permission*

KUNKEL LAW OFFICE, P.C.

/s/ Scott S. Kunkel _____
Scott S. Kunkel
* *Electronic signature used with permission*

*Attorneys for Plaintiff Brant T. Boyer*


VAN COTT, BAGLEY, CORNWALL & MCCARTHY

s/ Kelley M. Marsden _____
Clark K. Taylor
Stephen K. Christiansen
Kelley M. Marsden

*Attorneys for Defendants Tuhaye Sales and Marketing, LLC, Talisker Club LLC, Tuhaye Finance, LLC, and Tuhaye Home Owners Association*

2